UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL D SMALL,

    Plaintiff,

v.                                        Case No. 5:17cv282/MCR/CAS

JULIE L JONES
SECRETARY FLORIDA
DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

# **O R D E R**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated November 20, 2017. ECF No. 3. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. After reviewing the Recommendation and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2. This Clerk is directed to **TRANSFER** the case file, including any service copies and pending motions, to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, and close the file.

**DONE AND ORDERED** this 21st day of December 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**